UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND J. TAHIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> JEFFERSON B. SESSIONS, in his ) <br> official capacity as Attorney General ) <br> of the United States, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:16-CV-781-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 12] and DISMISSES plaintiff's complaint without prejudice.

**This Judgment Filed and Entered on May 2, 2017, and Copies To:**

Jeremy Denton Adams                    (via CM/ECF Notice of Electronic Filing)

Rudy E. Renfer                         (via CM/ECF Notice of Electronic Filing)

DATE:                              PETER A. MOORE, JR., CLERK

May 2, 2017                        (By) /s/ Nicole Briggeman
                                          Deputy Clerk